RECEIVED

DEC 2 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 01/18/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| KEVIN D. GOODLEY | CIVIL ACTION NO. 05-0224 |
| VS. | SECTION P |
| N. BURL CAIN, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the petitioner, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and this Court adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition for federal *habeas corpus* relief is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana this 17th day of January, 2005.

_____
TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 1/18/06
BY
TO